# United States Court of Appeals
## For the First Circuit

No. 21-1057

LEONARDO FABIO LÓPEZ-PÉREZ,

Petitioner,

v.

MERRICK B. GARLAND,
UNITED STATES ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on February 22, 2022, is amended as follows:

On page 2, line 6, replace "For the reasons that follow, we affirm." with "For the reasons that follow, we deny the petition in part and dismiss it in part for lack of jurisdiction."

On page 15, line 23, replace "For the foregoing reasons, the BIA's ruling is Affirmed." with " For the foregoing reasons, we deny the petition in part and dismiss it in part for lack of jurisdiction."